**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
DESIREE VAUGHAN *individually and*
*on behalf of all others similarly situated*,

                            Plaintiff,

                  - against -

MORTGAGE SOURCE LLC
and MICHAEL J. LEDERMAN,

                          Defendants.
---------------------------------------------------------X

**ORDER**

CV 08-4737 (LDW) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      Before the Court is Plaintiff's motion [DE 32] for an Order (1) granting conditional certification of the case as a Section 21(b) collective action; (2) requiring Defendants to produce a computer-readable data file containing the names, addresses and telephone numbers of such potential opt-in members; and (3) authorizing notice by first class mail to all similarly situated persons employed by Defendant as loan officers or other similarly titled positions from November 21, 2005 to the present. Defendants oppose [DE 35] the motion. Having reviewed the arguments of counsel for both sides, I am granting Plaintiffs' motion. A written decision will follow.

                                                                       **SO ORDERED.**

Dated: Central Islip, New York
            March 31, 2010

                                                        /s/ A. Kathleen Tomlinson
                                                        A. KATHLEEN TOMLINSON
                                                        U.S. Magistrate Judge